```
                  UNITED STATES DISTRICT COURT
                  EASTERN DISTRICT OF KENTUCKY
                  SOUTHERN DIVISION AT PIKEVILLE
```

LINDA JAN MINIX,             )
                             )
    Plaintiff,             ) Action No. 7:16-cv-00236-JMH
                             )
v.                           )
                             )            **JUDGMENT**
NANCY A. BERRYHILL[1],       )
Acting Commissioner of       )
Social Security,             )
                             )
    Defendant.             )

                      \*\* \*\* \*\* \*\* \*\*

In accordance with the Memorandum Opinion and Order of even date and entered contemporaneously herewith, **IT IS HEREBY ORDERED**:

    1)   Judgment is entered in favor of Nancy A. Berryhill, Acting Commissioner of Social Security;

    2)   That this action shall be and the same hereby is **DISMISSED AND STRICKEN FROM THE ACTIVE DOCKET**;

    3)   That all pending motions shall be and the same hereby are **DENIED AS MOOT**;

    4)   That all scheduled proceedings shall be and the same hereby are **CONTINUED GENERALLY**; and

    5)   That this Order is **FINAL AND APPEALABLE** and **THERE IS NO JUST CAUSE FOR DELAY.**

---

[1] Nancy A. Berryhill is now the Acting Commissioner of Social Security. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Nancy A. Berryhill should be substituted as the defendant in this suit. No further action needs to be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

This the 27th day of October, 2017.



Signed By:
*Joseph M. Hood*
Senior U.S. District Judge